

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00693-CR

Badesire **BAHINDWA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5024
The Honorable Mark Luitjen, Judge Presiding

## O R D E R

Appellant's attorney filed an *Anders* brief in this appeal. *See Anders v. California*, 386 S.W.2d 738 (1967); *see also Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). Appellant, who is incarcerated, has asserted his right to file a *pro se* brief and has filed a motion for pro se access to the appellate record.

We GRANT appellant's motion and direct the Clerk of this Court to prepare and send a full and complete copy of the clerk's record and the reporter's record to appellant. Appellant's *pro se* brief is due March 11, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court